UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DIANE DURDLE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | ) No. 04 CV 1221 |
| | ) |
| KNOX COUNTY, ILLINOIS, by its | ) |
| Agency, KNOX COUNTY NURSING | ) |
| HOME, | ) |
| | ) |
|    Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on September 3, 2004, with attorneys Andrew M. Rink, on behalf of plaintiff, Diane Durdle, and Paul L. Mangieri, on behalf of defendant, Knox County.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

   1.  Initial disclosure under Rule 26 to be made by October 4, 2004.

   2.  No motions to join other parties or to amend the pleadings to be filed after December 10, 2004.

   3.  All plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by February 1, 2005.  All defendants are to identify testifying experts and to provide Rule 26 expert reports by March 1, 2005.

2

4. The parties have until May 2, 2005, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until June 10, 2005 to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 327(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until September 2, 2005 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-trial Conference is scheduled for _____ at \_\_.m. before U.S. District Judge _____. All Motions *in Limine* to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trail Procedures.)

8. Trial is scheduled for _____ at \_\_\_\_ a.m. on the trial calendar of U.S. District Judge _____.

3

9.  If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trail date and trial date may be charged.

10.  A settlement conference will be hosted by U.S. Magistrate Judge Cudmore in Springfield by joint request of the parties.

11.  Evidence Presentation Equipment:  Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE:  A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

Entered _____.

_____
Byron G. Cudmore
United States Magistrate Judge

s:\wp\worddoc\09991002.04S