UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

FILED
OCT 05 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DIANE DURDLE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 04-1221 |
| KNOX COUNTY, ILLINOIS, by its agency, KNOX COUNTY NURSING HOME, | ) ) ) | |
| Defendant. | ) | |

### INITIAL RULE 26 DISCLOSURE

Now comes the defendant, Knox County, Illinois and its agency the Knox County Nursing Home, by its attorney, Paul L Mangieri, Knox County State's Attorney and for its initial Rule 26 Disclosure, hereby states as follows:

**(A) The name and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

1. Ben J. Perkins
   130 Westview Drive
   Knoxville, Illinois 61448

2. Kevin Stoneking
   Human Resources Director
   Knox County Nursing Home
   800 North Market Street
   Galesburg, Illinois 61448

3. Sally Keener
   Knox County Board Chairman
   619 N. Depot Street
   P.O. Box 66
   Altona, Illinois 61414

4. Lowell Manhardt
   Knox County Nursing Home Committee Member
   202 N. Timber Street
   Knoxville, Illinois 61448

5. Larry Myers
   Knox County Nursing Home Committee Member
   683 Fleisher Road
   Galesburg, Illinois 61401

6. Mary Diefendorf
   Knox County Nursing Home Committee Member
   986 Knox Road, 2300 East
   Yates City, Illinois 61572

7. Gayle Keiser
   Knox County Nursing Home Committee Member
   1586 N. Prairie Street
   Galesburg, Illinois 61401

8. William Abel
   Knox County Nursing Home Committee Member
   814 Florence Avenue
   Galesburg, Illinois 61401

9. Tracy Mesecher
   (last know address)
   740 East Berrien Street
   Galesburg, Illinois 61401

10. Jeannie Bennett
    (last known address)
    518 E. Mill Street
    Knoxville, Illinois 61448

11. Dr. Steven Potaczek
    Galesburg Clinic
    3315 North Seminary Street
    Galesburg, Illinois 61401

12. Dr. Gary H. Cohen
    Institute of Physical Medicine and Rehabilitation
    6501 North Sheridan Road
    Peoria, Illinois 61614-2932

13. Loretta Breasaw
    1842 Grand Avenue
    Galesburg, Illinois 61401

14. Penny Carlson
    121 North Chestnut
    Williamsfield, Illinois 61489

15. Sandy Tomlinson
    2752 180th Street
    Galesburg, Illinois 61401

16. Todd A. Strong
    Strong Law Offices
    3618 North Sterling Avenue
    Peoria, Illinois 61604

(B) A copy of, or a description by category and location of all documents, data compilations and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

See attached:

    Exhibit A - Medical leave materials for Plaintiff.
    Exhibit B - Medical Records.
    Exhibit C - Defendant's Employment Policy Regarding Non-Discrimination of Handicap Individuals, Equal Employment Opportunity Policy; Resolution on Disabled Americans; Personnel Policy Regarding Leaves of Absence.
    Exhibit D - Collective Bargaining Agreement.
    Exhibit E - Job Description, LPN - Wing Nurse; CNA.
    Exhibit F - Illinois Industrial Commission Application for Adjustment of Claim.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

No damages are claimed by the Defendant.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

See attached:

    Exhibit G - Policy of Insurance.

    KNOX COUNTY, ILLINOIS,
    by its agency, KNOX
    COUNTY NURSING HOME,
    Defendant

    BY: PAUL L MANGIERI,
    KNOX COUNTY STATE'S ATTORNEY

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on ___October 4, 2004___

By:
- ☒ U.S. Mail
- ☐ Hand Delivered
- ☐ Certified Mail
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: _[signature]_

PAUL L MANGIERI
KNOX COUNTY STATE'S ATTORNEY
KNOX COUNTY COURTHOUSE
200 SOUTH CHERRY STREET
GALESBURG, ILLINOIS 61401
TELEPHONE: (309) 345-3880
TELEFAX: (309) 345-0126
ARDC #6188609