UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DIANE DURDLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04 CV 1221 |
| | ) |
| KNOX COUNTY, ILLINOIS, by its | ) |
| Agency, KNOX COUNTY NURSING | ) |
| HOME, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

Plaintiff, Diane Durdle, by her attorneys, Katz, Huntoon, & Fieweger, P.C., hereby dismisses this action with prejudice. The parties have entered into a settlement agreement and final release terminating this litigation.

WHEREFORE, plaintiff, Diane Durdle, dismisses her action with prejudice and respectfully requests that the court enter an order accordingly.

DIANE DURDLE, Plaintiff

By: /s/ Andrew M. Rink

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff

2

200 Plaza Office Building
P.O. Box 3250
Rock Island, IL  61204-3250
Telephone:  309-788-5661
Fax:  309-788-5688

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed this DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin L. Halligan
BUSH, MOTTO, CREEN 7 KOURY, P.L.C.
5505 Victoria Avenue, Suite 100
Davenport, IA  52807

/s/  Andrew M. Rink

s:\ wp\worddoc\09991002.06D